Order filed January 22, 2015



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00331-CV

_____

## IN RE TWO THOUSAND NINE HUNDRED AND ELEVEN DOLLARS AND TWENTY FIVE CENTS U.S. CURRENCY AND JERRY DEWITT SMITH

**Original Mandamus Proceeding**

## O R D E R

Relator, Jerry Dewitt Smith, has brought a mandamus action against the Honorable George D. "Jody" Gilles, Judge of the 142nd District Court of Midland County, Texas. He alleges that Judge Gilles has not ruled on several motions, including a motion for summary judgment filed by the State on July 30, 2007, and set for hearing on January 14, 2011; a motion for return of property filed by Relator on August 8, 2011; and a motion for summary judgment filed by Relator on September 10, 2012.

The real party in interest, the State of Texas, is requested to file a response to Relator's petition for writ of mandamus with our court on or before February 6,

2015. In the interim, if this court receives written notice that the motions at issue have been ruled on by the trial court, we will deny the petition for writ of mandamus because the relief requested by Relator will have already occurred and the issue presented in the petition would then be moot.

PER CURIAM

January 22, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.